# UNITED STATES COURT OF APPEALS
# DISTRICT OF COLUMBIA CIRCUIT

**333 Constitution Avenue, NW**
**Washington, DC 20001-2866**
**Phone: 202-216-7000 | Facsimile: 202-219-8530**

## CIVIL DOCKETING STATEMENT
All Cases Other than Administrative Agency Cases (To be completed by appellant)

1. CASE NO. 24-5431      2. DATE DOCKETED: 12-04-2025

3. CASE NAME (lead parties only) James Farmer, et al.    v.   Environmental Protection Agency, et al.

4. TYPE OF CASE: ☒ District Ct - ○ US Civil ○ Private Civil ○ Criminal ○ Bankruptcy
     ☐ Bankruptcy - if direct from Bankruptcy Court    ☐ Original proceeding

5. IS THIS CASE REQUIRED BY STATUTE TO BE EXPEDITED?    ○ Yes ◉ No
    If YES, cite statute _____

6. CASE INFORMATION:
   a. District Court Docket No.     Bankruptcy Court Docket No.     Tax Court Docket No.
     Civil Action 24-cv-1654     Bankruptcy _____     Tax _____
     Criminal _____     Adversary _____
     Miscellaneous _____     Ancillary _____

   b. Review is sought of:
     ☒ Final Order    ☐ Interlocutory Order appealable as of right    ☐ Interlocutory Order certified for appeal

   c. Name of judge who entered order being appealed:
     Judge Dabney L. Friedrich      Magistrate Judge _____

   d. Date of order(s) appealed (use date docketed): 09-29-25     e. Date notice of appeal filed: 11-25-2025

   f. Has any other notice of appeal been filed in this case? ○ Yes ◉ No    If YES, date filed: _____

   g. Are any motions currently pending in trial court? ○ Yes ◉ No     If YES, date filed: _____
     If YES, identify motion _____

   h. Has a transcript of proceedings been ordered pursuant to FRAP 10(b)?    ○ Yes ◉ No
     If NO, why not? None; the District Court ruled on the briefs and did not hold oral argument

   i. Has this case been before the Court under another appeal number? ○ Yes Appeal # _____ ◉ No

   j. Are any cases involving the same underlying order or, to counsel's knowledge, involving *substantially the same issue,* currently pending before the District Court, this Court, another Circuit Court, or the Supreme Court?
     ○ Yes ◉ No If YES, give each case's court and case name, and docket number:
     _____

   k. Does this case turn on validity or correct interpretation or application of a statute? ◉ Yes ○ No
     If YES, give popular name and citation of statute Clean Water Act, 33 U.S.C. § 1251 et seq. (specifically § 1345)

7. Have the parties attempted to resolve issues in this case through arbitration, mediation, or another alternative for dispute resolution? ○ Yes ◉ No    If so, provide program name and participation dates

Signature /s/ Laura Dumais     Date 12/30/25
Name of Party (See attached).
Name of Counsel for Appellant/Petitioner Laura Dumais
Address 962 Wayne Avenue, Suite 610, Silver Spring, MD 20910
Phone ( 202 ) 265-7337    Fax ( ) - 

ATTACH A CERTIFICATE OF SERVICE

Note: If counsel for any other party believes that the information submitted is inaccurate or incomplete, counsel may so advise the Clerk within 7 calendar days by letter, with copies to all other parties, specifically referring to the challenged statement. Attach a certificate of service to this form.

USAC Form 42
August 2009 (REVISED)

Name of Party:

James Farmer; Robin Alessi; Patsy Schultz; Karen Coleman; Tony Coleman;
Johnson County, Texas; the Maine Organic Farmers and Gardeners Association;
and the Potomac Riverkeeper, Inc. d/b/a Potomac Riverkeeper Network.

## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 30th day of December 2025.

*/s/ Laura Dumais*
Public Employees for
Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org

*Counsel for Plaintiffs-Appellants*