# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JAMES FARMER, *et al.*, <br> *Appellants*, <br><br> v. <br><br> ENVIRONMENTAL PROTECTION AGENCY, *et al.*, <br> *Appellees*. | CIVIL ACTION NO. 25-5431 |

## STATEMENT OF INTENT TO UTILIZE DEFERRED JOINT APPENDIX

Pursuant to Fed. R. App. P. 30(c), D.C. Circuit Rule 30(c), and the Clerk's December 4, 2025 Order, Appellants James Farmer et al. state that counsel for Plaintiffs-Appellants consulted with other parties and intend to use a deferred joint appendix.

Respectfully submitted this 5th day of January 2025,

*/s/ Laura Dumais*
Laura Dumais, D.C. Bar No. 1024007
Public Employees for Environmental
Responsibility 962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 265-7337/ ldumais@peer.org

*/s/ Paula Dinerstein*
Paula Dinerstein, D.C. Bar No. 333971
Public Employees for Environmental
Responsibility 962 Wayne Ave, Suite 610
Silver Spring, MD 20910
(202) 265-7337/ pdinerstein@peer.org

*Counsel for Plaintiffs-Appellants*

# CERTIFICATE OF SERVICE

      I certify that a copy of the foregoing is being filed with the Clerk of the Court using the CM/ECF system, thereby serving it on all parties of record, this 5th day of January 2025.

*/s/ Laura Dumais*
Public Employees for
Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org

*Counsel for Plaintiffs-Appellants*