No. 25-5431

In the

# United States Court of Appeals
## For the District of Columbia Circuit

JAMES FARMER, *et al.*,
*Plaintiffs-Appellants,*

v.

ENVIRONMENTAL PROTECTION AGENCY, *et al.*,
*Defendants-Appellees*

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES
*Intervenor below*

On Appeal from the United States District Court for the District of Columbia

**BRIEF OF PLAINFIELD TOWNSHIP, PENNSYLVANIA; TOWN OF THURSTON, NEW YORK; AND TOWN OF CAMERON, NEW YORK AS AMICI CURIAE IN SUPPORT OF APPELLANTS AND REVERSAL**

*/s/ Michael Youhana*
Michael Youhana
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
T: 212- 284-8033
E: myouhana@earthjustice.org

*Counsel for Amici Curiae*

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Rule 26.1 of the Federal Rules of Appellate Procedure, amici curiae state that no party to this brief is a publicly held corporation, issues stock, or has a parent corporation.

# NOTICE OF INTENT AND REPRESENTATION OF CONSENT TO FILE BRIEF OF AMICI CURIAE

Pursuant to D.C. Circuit Rule 29, Plainfield Township, Pennsylvania; the Town of Thurston, New York; and the Town of Cameron, New York hereby give notice that they intend to file a brief as *amici curiae* in support of Plaintiffs-Appellants. All parties have consented to the filing of this brief.

Respectfully submitted,

*/s/ Michael Youhana*
Michael Youhana
Earthjustice
48 Wall Street, 15th Floor
New York, NY 10005
T: 212- 284-8033
E: myouhana@earthjustice.org

*Counsel for Amici Curiae*

Dated: March 24, 2026

# CERTIFICATE OF SERVICE

I hereby certify that on this 24th day of March, 2026, I electronically filed with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit via the CM/ECF System the foregoing Amici Brief. All participants in the case are registered CM/ECF users, and service will be accomplished by the appellate CM/ECF system.

*/s/ Michael Youhana*
Michael Youhana

*Counsel for Amici Curiae*