NOT YET SCHEDULED FOR ORAL ARGUMENT

No. 25-5431

UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT

---

JAMES FARMER, et al.,
*Plaintiffs-Appellants*,

v.

ENVIRONMENTAL PROTECTION AGENCY, et al.,
*Defendants-Appellees*,

and

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES,
*Intervenor for Defendant-Appellee*.

---

Appeal from the United States District Court for the District of Columbia
No. 1:24-cv-01654 (Hon. Dabney L. Friedrich)

---

**UNOPPOSED JOINT MOTION BY APPELLEES
TO MODIFY BRIEFING SCHEDULE**

---

Pursuant to Circuit Rules 27 and 28(e), Federal Defendants-Appellees

and Intervenor for Defendant-Appellees jointly move to modify the briefing

schedule in this appeal. This is the first request to modify the schedule. Prior to

filing this motion, undersigned counsel conferred with counsel for Appellants,

who concurred with modifying the briefing schedule as set forth below. The reasons for this motion are as follows:

1. On February 5, 2026, the Court issued a briefing schedule with the following deadlines: appellants' principal brief due March 17, 2026; appellees' briefs due April 16, 2026; appellants' reply brief due May 7, 2026; deferred appendix due May 14, 2026; final briefs due May 28, 2026.

2. Appellants filed their opening brief on March 17. Two briefs were filed by amici curiae in support of Appellants on March 24. With Appellants' concurrence, all Appellees request that the remaining schedule would be modified as follows:

| | |
|---|---|
| May 5, 2026 | Response brief by Federal Defendants-Appellees |
| May 12, 2026 | Response brief by Intervenor for Defendant-Appellee |
| May 26, 2026 | Reply brief by Plaintiffs-Appellants |
| June 2, 2026 | Joint appendix |
| June 9, 2026 | Final briefs |

3. The requested extension of the response brief deadlines is necessary due to the press of business in other matters assigned to counsel with proximate deadlines, and to further evaluate the arguments in the two amicus briefs that were filed in support of Appellants' opening brief. Further extension

of the deadline to file the Intervenor for Defendant-Appellee's brief is also necessary to ensure that this brief does not duplicate arguments in the response brief of the Federal Defendant-Appellees, thereby improving the efficiency of their side's overall presentation to the Court. Oral argument has not yet been scheduled and therefore will not be significantly impacted by this request.

4. The modifications to the dates for filing the reply brief, joint appendix, and final briefs are proposed at the request of Plaintiffs-Appellants.

For these reasons, the Federal Defendants-Appellees and Intervenor for Defendant-Appellee respectfully request that the Court modify the briefing schedule as set forth above.

Respectfully submitted this 8th day of April 2026.

/s/ Andrew C. Silton
BEVERIDGE & DIAMOND, P.C.
Andrew C. Silton
James B. Slaughter
Allyn L. Stern
1900 N Street NW, Suite 100
Washington, DC 20036
(202) 789-6000
asilton@bdlaw.com
jslaughter@bdlaw.com
astern@bdlaw.com

*Counsel for Intervenor for Defendant-Appellee National Association of Clean Water Agencies*

/s/ Brian C. Toth
BRIAN C. TOTH
Environment & Natural Resources Division
U.S. Department of Justice
Post Office Box 7415
Washington, D.C. 20044
(202) 532-3112
brian.toth@usdoj.gov

*Counsel for Defendants-Appellees Environmental Protection Agency, et al.*

**CERTIFICATE OF COMPLIANCE**

1.      This document complies with the type-volume limit of Fed. R. App. P. 27(d)(2) because, excluding the parts of the document exempted by Fed. R. App. P. 32(f) this document contains 343 words.

2.      This document complies with the typeface requirements of Fed. R. App. P. 32(a)(5) and the type-style requirements of Fed. R. App. P. 32(a)(6) because this document has been prepared in a proportionally spaced typeface using Microsoft Word for Microsoft 365 in 14-point Calisto MT font.

/s/ *Brian C. Toth*
BRIAN C. TOTH

Counsel for Defendants-Appellees