# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5431**                                        **September Term, 2025**

**1:24-cv-01654-DLF**

**Filed On: April 13, 2026** [2168255]

James Farmer, et al.,

      Appellants

    v.

Environmental Protection Agency, et al.,

      Appellees

## O R D E R

Upon consideration of the parties' joint unopposed motion to modify the briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Federal Defendants-Appellees' Brief | May 5, 2026 |
| Intervenor for Defendant-Appellee's Brief | May 12, 2026 |
| Appellants' Reply Brief | May 26, 2026 |
| Deferred Appendix | June 2, 2026 |
| Final Briefs | June 9, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:  /s/
     Michael C. McGrail
     Deputy Clerk