# UNITED STATES COURT OF APPEALS
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

| | |
|---|---|
| JAMES FARMER, et al., *Plaintiffs-Appellants*, v. ENVIRONMENTAL PROTECTION AGENCY, et al., *Defendants-Appellees,* and NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES, *Intervenor-Appellee.* | No. 25-5431 |

## NOTICE OF INTENT TO FILE AN AMICUS BRIEF

Under Federal Rule of Appellate Procedure 29(a) and Circuit Rule 29(b), The Chamber of Commerce of the United States of America files this Notice of Intent to file an *amicus* brief in support of Federal Defendants-Appellees and Intervenor-Appellee. Upon conferral, all parties to the case consent to the participation.

May 12, 2025

Respectfully Submitted,

*/s/ Keith Bradley*
KEITH BRADLEY
SQUIRE PATTON BOGGS (US) LLP
717 17th Street, Suite 1825
Denver, CO 80202
(303) 830-1776
keith.bradley@squirepb.com

KATHRYN M. BROWN
SQUIRE PATTON BOGGS (US) LLP
2000 Huntington Center
41 South Hight Street
Columbus, OH 43215
(614) 365-2700
kathryn.brown@squirepb.com

ANDREW R. VARCOE
CHRISTOPHER J. WALKER
U.S. CHAMBER LITIGATION CENTER
1615 H Street NW
Washington, DC 20062
(202) 463-5337

*Counsel for The Chamber of Commerce of the United States of America*

# CORPORATE DISCLOSURE STATEMENT

Under Federal Rule of Appellate Procedure 26.1 and Circuit Rule 26.1, the Chamber of Commerce of the United States of America states that it is a non-profit, tax-exempt organization incorporated in the District of Columbia. The Chamber has no parent corporation, and no publicly held company has 10% or greater ownership in the Chamber.

*/s/ Keith Bradley*
Keith Bradley

**CERTIFICATE OF SERVICE**

I certify that I electronically filed this document on May 12, 2026 with the Clerk of the Court for the United States Court of Appeals for the District of Columbia Circuit using the Appellate Electronic Filing system.

*/s/ Keith Bradley*
Keith Bradley