# United States Court of Appeals for the D.C. Circuit

_____

JAMES FARMER, et al.
*Plaintiffs-Appellants,*

*v.*

ENVIRONMENTAL PROTECTION AGENCY, et al.
*Defendants-Appellees*


NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES
*Intervenor below*

_____

Appeal from the United States District Court for the District of Columbia
No. 24-cv-01654-DLF (Hon. Dabney L. Friedrich)

## PLAINTIFF-APPELLANTS' UNOPPOSED MOTION
## TO MODIFY BRIEFING SCHEDULE

Pursuant to Circuit Rules 27 and 28(e), Plaintiff-Appellants move to extend the remainder of the briefing schedule by nine days. This is their first request to modify the schedule. The undersigned consulted with counsel for Defendant-Appellees and Intervenor, and neither oppose this motion. The reasons for the request are as follows:

1. On February 5, 2026, the Court issued a briefing schedule with the following deadlines: Appellants' principal brief: March 17, 2026; Appellees' response brief: April 16, 2026; Appellants' reply: May 7, 2026; deferred appendix due May 14, 2026; final briefs due May 28, 2026.

2. Plaintiff-Appellants filed their opening brief in accordance with the schedule on March 17. Two briefs were timely filed by amici curiae in support of Plaintiff-Appellants' positions on March 24.

3. On April 8, 2026, Defendant-Appellees and Intervenor moved, with Plaintiff-Appellants' consent, to adjust the briefing schedule. On April 13, 2026, the Court imposed the following adjusted deadlines [Doc. #2167555]:

> FEDERAL DEFENDANTS-APPELLEES Brief: 05/05/2026
>
> INTERVENOR FOR DEFENDANT-APPELLEE Brief: 05/12/2026
>
> APPELLANT Reply Brief: 05/26/2026
>
> DEFERRED APPENDIX: 06/02/2026
>
> FINAL BRIEFS: 06/09/2026.

3. Defendant-Appellees and Intervenor filed their briefs according to this adjusted schedule, and on May 12, the United States Chamber of Commerce, with Plaintiff-Appellants' consent, also filed an amicus brief in support of the positions taken by Appellees and Intervenors.

4. Appellees request that the remaining schedule be extended as follows:

APPELLANT Reply Brief: 06/4/2026

DEFERRED APPENDIX: 06/11/2026

FINAL BRIEFS: 06/18/2026.

The undersigned requests this extension due to the need to respond to the U.S. Chamber of Commerce amicus brief, unanticipated at the time Appellees consented to the briefing schedule currently in effect. They also request the extension due to urgent matters that arose in other matters the undersigned is working on and that required substantial time and attention. Oral argument has not yet been scheduled and therefore will not be significantly impacted by this request.

For these reasons, the Plaintiff-Appellants respectfully request that the Court modify the briefing schedule as set forth above.

Respectfully submitted this 18th day of May, 2026,

> */s/ Laura Dumais*
> Laura Dumais, DC Bar No. 1024007
> Public Employees for Environmental Responsibility
> 962 Wayne Ave., Suite 610
> Silver Spring, MD 20910
> (202) 792-1277 / ldumais@peer.org
>
> *Counsel for Plaintiff-Appellants*