# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———————

**No. 25-5431**                       **September Term, 2025**

**1:24-cv-01654-DLF**

**Filed On: May 21, 2026** [2174461]

James Farmer, et al.,

      Appellants

    v.

Environmental Protection Agency, et al.,

      Appellees

## O R D E R

Upon consideration of appellants' unopposed motion to modify briefing schedule, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Appellants' Reply Brief | June 4, 2026 |
| Deferred Appendix | June 11, 2026 |
| Final Briefs | June 18, 2026 |

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Scott H. Atchue
      Deputy Clerk