# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5431**  **September Term, 2025**

**1:24-cv-01654-DLF**

**Filed On: May 26, 2026** [2174866]

James Farmer, et al.,

      Appellants

    v.

Environmental Protection Agency, et al.,

      Appellees

## O R D E R

It is **ORDERED**, on the court's own motion, that the briefing schedule entered on May 21, 2026, be suspended pending further order of the court.

                        **FOR THE COURT:**
                        Clifton B. Cislak, Clerk

BY:    /s/
          Catherine J. Lavender
          Deputy Clerk