# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 25-5431**                                    **September Term, 2025**

**1:24-cv-01654-DLF**

**Filed On: July 15, 2026**

James Farmer, et al.,

       Appellants

    v.

Environmental Protection Agency, et al.,

       Appellees

**BEFORE:**   Henderson and Wilkins, Circuit Judges

## O R D E R

Upon consideration of the motion to participate as amicus curiae, the opposition thereto, the reply, and the lodged amicus brief, it is

**ORDERED** that the motion to participate as amicus curiae be granted. Amici curiae have satisfied the requirements of the federal rules and this court's rules concerning amicus participation. See Fed. R. App. P. 29; D.C. Cir. R. 29. The Clerk is directed to file the lodged amicus brief. It is

**FURTHER ORDERED** that the following schedule will now apply for the remainder of briefing in this case:

| | |
|---|---|
| Appellants' Reply Brief | August 5, 2026 |
| Deferred Appendix | August 12, 2026 |
| Final Briefs | August 19, 2026 |

### Per Curiam

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
      Laura M. Morgan
      Deputy Clerk