

Andrew C. Silton
1900 N Street, NW, Suite 100
Washington, DC 20036
+1.202.789.6078
ASilton@bdlaw.com

July 21, 2026

**VIA ECF**

Clifton Cislak
Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

   Re:  *Farmer v. Environmental Protection Agency*, No. 25-5431

Dear Mr. Cislak:

  I am writing to apprise the Court of my availability for oral argument in the above-referenced matter. Due to professional and family commitments, I am not available during the weeks of September 21, September 28, and November 9, 2026.

  Thank you for considering these schedule limitations as the Court sets cases for argument this fall.

       Respectfully submitted,

       */s/ Andrew C. Silton*

       Andrew C. Silton
       *Counsel for Appellee*
       *National Association of Clean Water Agencies*

cc: All counsel of record via ECF