**ORAL ARGUMENT NOT YET SCHEDULED**
No. 25-5431

---

# United States Court of Appeals for the D.C. Circuit

---

JAMES FARMER, et al.
*Plaintiffs-Appellants,*

*v.*
ENVIRONMENTAL PROTECTION AGENCY, et al.
*Defendants-Appellees*

NATIONAL ASSOCIATION OF CLEAN WATER AGENCIES
*Intervenor below*

---

Appeal from the United States District Court for the District of Columbia
No. 24-cv-01654-DLF (Hon. Dabney L. Friedrich)

---

## PLAINTIFFS-APPELLANTS' UNOPPOSED MOTION TO EXTEND TIME FOR FILING OF JOINT APPENDIX AND FINAL BRIEFS

---

Pursuant to Circuit Rules 27 and 28(e), Plaintiffs-Appellants move to extend, by one week each, the due dates for the deferred appendix and final briefs. This is their second request to modify the schedule. The undersigned consulted with counsel for Defendants-Appellees and Intervenor, and neither opposes this motion. The reasons for the request are as follows:

1. On July 15, 2026, the Court ordered that the deferred appendix be due August 12, 2026, with final briefs due August 19, 2026.

2. Both counsel for Plaintiffs-Appellants are unavailable for the entirety of next week – one of us due to planned time off and the other unexpectedly due to a family emergency. Our organization's paralegal just recently joined us and has never filed a joint appendix before, thus we want to assure that at least one of us is present for his first filing.

3. Oral argument has not yet been scheduled and therefore will not be significantly impacted by this request.

For these reasons, the Plaintiffs-Appellants respectfully request that the Court extend the deadline for filing the Deferred Appendix to August 19, 2026 and the deadline for filing the final briefs to August 26, 2019.

Respectfully submitted this 7th day of August, 2026,

*/s/ Laura Dumais*
Laura Dumais, DC Bar No. 1024007
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 792-1277 / ldumais@peer.org

*Counsel for Plaintiff-Appellants*

## CERTIFICATE OF COMPLIANCE

I certify that Plaintiffs-Appellants' unopposed motion to extend the deadlines for the deferred appendix and final briefs, complies with the word limit of Fed. R. App. P. 32 (a)(7)(B), because it contains 194 words, excluding the parts of the filing exempted by Fed. R. App. P. 32(f). This motion complies with the typeface and type style requirements of Fed. R. App. P. 32(a)(5) and (6) because it was prepared in a proportionately spaced typeface using Microsoft Word in Times New Roman 14- point font.

/s/ Laura Dumais
LAURA DUMAIS
Public Employees for Environmental Responsibility
962 Wayne Ave., Suite 610
Silver Spring, MD 20910
(202) 265-7337
ldumais@peer.org