# United States Court of Appeals

### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 25-5431**                    **September Term, 2025**

**1:24-cv-01654-DLF**

**Filed On: August 10, 2026** [2187401]

James Farmer, et al.,

      Appellants

    v.

Environmental Protection Agency, et al.,

      Appellees

### **O R D E R**

Upon consideration of appellants' unopposed motion for extension of time to file the joint deferred appendix and final briefs, it is

**ORDERED** that the motion be granted. The following revised briefing schedule will now apply in this case:

| | |
|---|---|
| Deferred Appendix | August 19, 2026 |
| Final Briefs | August 26, 2026 |

           **FOR THE COURT:**
           Clifton B. Cislak, Clerk

BY:    /s/
           Michael C. McGrail
           Deputy Clerk