PEER
PUBLIC EMPLOYEES FOR ENVIRONMENTAL RESPONSIBILITY
962 Wayne Ave • Suite 610 • Silver Spring, MD 20910

August 31, 2026

**VIA ECF**

Clifton Cislak, Clerk
U.S. Court of Appeals for the D.C. Circuit

Re: Appellants' availability for oral argument in *Farmer v. Environmental Protection Agency*, No. 25-5431

Dear Mr. Cislak,

I am writing to inform the Court about my availability for oral argument in *Farmer v. Environmental Protection Agency*, No. 25-5431. I am available after Labor Day this fall except for the following dates when I have professional or personal commitments:

- September 17
- October 5, 8-9, and 22-23
- November 25-December 8

I am also unavailable on four dates that fall within the unavailable date ranges that Counsel for Intervenor already provided [Doc. #2184250]. Thank you for taking these limitations into account as you set the oral argument date for this case.

Sincerely,
/s/ Laura Dumais
*Arguing counsel for all Appellants*