Beveridge & Diamond

Andrew C. Silton
1900 N Street, NW, Suite 100
Washington, DC 20036
+1.202.789.6078
ASilton@bdlaw.com

September 1, 2026

**VIA ECF**

Clifton Cislak
Clerk
U.S. Court of Appeals for the D.C. Circuit
333 Constitution Ave NW
Washington, DC 20001

Re: *Farmer v. Environmental Protection Agency*, No. 25-5431

Dear Mr. Cislak:

I am writing to update the Court on my availability for oral argument in the above-referenced matter. In addition to the dates listed in my July 21, 2026 letter to the Court (Doc. No. 2184250), I am also unavailable on November 24, 2026.

Thank you for considering my schedule as the Court sets cases for argument this fall.

Respectfully submitted,

***/s/ Andrew C. Silton***

Andrew C. Silton
*Counsel for Appellee*
*National Association of Clean Water Agencies*

cc: All counsel of record via ECF